IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANITA M. MIMS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 14-5069 |
| SOCIAL SECURITY ADMINISTRATION | : | |

## ORDER

AND NOW, this 5th day of September, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Clerk of Court shall file the complaint and issue summonses.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the complaint upon the defendant at no cost to the plaintiff.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.