# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANITA M. MIMS                :      **CIVIL ACTION**
       *Plaintiff*            :
                           :      **NO. 14-5069**
      **v.**                      :
                           :
**CAROLYN W. COLVIN,**       :
**Acting Commissioner of Social Security**    :
       *Defendant*          :

# O R D E R

**AND NOW**, this 23rd day of July 2015, in light of Plaintiff's failure to file a brief and statement of issues in support of her request for review of the decision by the Commissioner of Social Security within forty-five (45) days of service of Defendant's answer, as required by this Court's Order of September 25, 2014 [ECF 6],[1] it is hereby **ORDERED** that this action is **DISMISSED** for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.


**BY THE COURT:**


**NITZA I. QUIÑONES ALEJANDRO, J.**

---

[1]      Paragraph 3 of this Court's Order provides, in relevant part, as follows: "Plaintiff, within forty-five (45) days of service of Defendant's answer, shall file and serve 'Plaintiff's Brief and Statement of Issues in Support of Request for Review' . . . ." Defendant filed her answer to Plaintiff's complaint on November 10, 2014. [ECF 9]. As such, Plaintiff's brief and statement of issues was due on December 26, 2014.