IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA M. MIMS<br>*Plaintiff-Pro se* | : CIVIL ACTION<br>:<br>: NO. 14-5069 |
| v. | : |
| CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security**<br>*Defendant* | :<br>:<br>: |

# O R D E R

**AND NOW**, this 4th day of August 2015, upon consideration of Plaintiff's *pro se motion to reopen this matter* filed on July 29, 2015, [ECF 12],[1] it is hereby **ORDERED** that said motion is **GRANTED,** the Order dated July 23, 2015, [ECF 10], is **VACATED**, and the Clerk of Court is directed to reopen this matter.

It is further **ORDERED** as follows:

1. Plaintiff, within thirty (30) days of the date of this Order, shall file and serve "Plaintiff's Brief and Statement of Issues in Support of Request for Review" which shall be no more than thirty (30) pages in length and shall contain separate, labeled sections that set forth clearly and concisely each issue presented for review arising from: (1) specific findings the Plaintiff contends are not supported by substantial evidence; (2) alleged evidentiary or administrative errors; and (3) alleged legal errors. The statement of facts should include only the procedural history, a statement of Plaintiff's age, education, work experience and alleged impairments and onset date. Facts and legal authority needed to support arguments shall be

---

[1] By Order dated July 23, 2015, this action was dismissed for failure to prosecute due to Plaintiff's noncompliance with the briefing schedule set forth in the Procedural Order of September 25, 2014. [ECF 10]. Notwithstanding, in the underlying motion to reopen, Plaintiff has implied that she did not receive previous notices and/or orders from this Court because of one or more changes of address, and has further indicated that she is prepared to support her case with the requisite documentation. Accepting Plaintiff's representations, this matter is reopened. Plaintiff is advised of her continuing obligation to inform the Clerk of Court of any changes of address within fourteen (14) days of the change. Any future failure to comply with court orders and/or notices may result in dismissal of this action.

concisely noted in the appropriate sections of the brief. Plaintiff's brief shall reference the supporting evidence in the record by page number and, if available, line or paragraph.

2. Defendant, within thirty (30) days of service of Plaintiff's brief, shall file and serve "Defendant's Response to Request for Review of Plaintiff" which shall be no more than thirty (30) pages in length and shall contain separate, labeled sections that set forth clearly and concisely responses to each issue presented by Plaintiff. Defendant shall limit the statement of facts to include only those in dispute. Facts and legal authority needed to support arguments shall be concisely noted in the appropriate sections of the brief. Defendant's brief shall reference the supporting evidence in the record by page number and, if available, line or paragraph.

3. Plaintiff, within ten (10) days after service of Defendant's response, may file and serve a reply, which shall be no more than ten (10) pages in length.

4. All briefs shall be in twelve (12) point font, the text shall be double spaced.

5. The matter shall be deemed submitted, without hearing, ten (10) days after the filing of Defendant's response, unless, upon request, the Court orders otherwise.

6. No extensions of time will be permitted without order of the Court and good cause shown.

7. Failure to comply with this Order will result in the entry of default.

**BY THE COURT:**

_____
NITZA I. QUIÑONES ALEJANDRO, J.