IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANITA M. MIMS** <br> *Plaintiff-Pro se* | : <br> : <br> : | **CIVIL ACTION** <br> <br> **NO. 14-5069** |
| v. | : <br> : | |
| **CAROLYN W. COLVIN,** <br> **Acting Commissioner of Social Security** <br> *Defendant* | : <br> : <br> : | |

# O R D E R

**AND NOW**, this 24th day of June 2016, upon consideration of Plaintiff's *pro se letter brief request for review*, filed on August 24, 2015, [ECF 14], and Defendant's response thereto, [ECF 15], and after a careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 8, 2016, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk of Court is directed to **CLOSE** this matter.[1]

---

[1] On September 5, 2014, Plaintiff, proceeding *pro se*, commenced this action by filing a complaint in which she sought judicial review of the adverse decision of the Acting Commissioner of the Social Security Administration. [ECF 3]. After Defendant filed an answer, the parties filed their respective briefs, and the matter was referred to Magistrate Judge Perkin for a Report and Recommendation.
 Magistrate Judge Perkin issued his Report and Recommendation on March 8, 2016, recommending that Plaintiff's request for relief be denied. [ECF 17]. At that time, Plaintiff was advised by a written Notice that any objections she had to the Report and Recommendation were to be filed within fourteen (14) days, and that failure to file timely objections would preclude her "from attacking on appeal the unobjected-to factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court Judge." Rather than filing any objections, Plaintiff, on March 21, 2016, filed a notice of appeal. [ECF 18]. By Order dated May 19, 2016, the Third Circuit Court of Appeals dismissed Plaintiff's appeal for lack of appellate jurisdiction. [ECF 21]. Though more than a month has passed since her appeal was dismissed, Plaintiff has yet to file any objections to the Magistrate Judge's Report and Recommendation, and the time for doing so has passed. Therefore, the Report and Recommendation is approved and adopted.
 However, notwithstanding Plaintiff's failure to file any objections, this Court has undertaken a careful review of the Magistrate Judge's Report and Recommendation, the decision of the Acting Commissioner of Social Security, and the administrative record. As set forth in the Magistrate Judge's thorough and well-reasoned Report and Recommendation, substantial evidence was presented at the

administrative hearing to support the opinions and conclusions of the Administrate Law Judge as to Plaintiff's alleged disability. As such, this Court finds no error in the Report and Recommendation.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*